UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERTS,<br><br>    Plaintiff,<br><br>    v.<br><br>MONTEREY COUNTY JAIL, et al.,<br><br>    Defendants. | Case No. 20-cv-06113-RMI<br><br>**ORDER** |

On January 25, 2021, Plaintiff was provided twenty-eight days to show cause why his motion to proceed *in forma pauperis* should not be denied because he is three-strikes barred under 28 U.S.C. § 1915(g). Plaintiff has not responded or otherwise communicated with the court. Accordingly, Plaintiff is **ORDERED** to file a response within **fourteen days** of service of this Order or his application to proceed *in forma pauperis* may be denied.

**IT IS SO ORDERED.**

Dated: March 30, 2021

ROBERT M. ILLMAN
United States Magistrate Judge